# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JERMAINE CLARK,** | : | |
| Petitioner | : | **CIVIL ACTION NO. 3:15-2263** |
| v | : | |
| **Warden S. SPAULDING,** | : | **(JUDGE MANNION)** |
| Respondent | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus is **DISMISSED** for Petitioner's failure to exhaust administrative remedies.

2. The Clerk of Court is directed to **CLOSE** this case.


　　　　　　　　　　　　　　　s/ *Malachy E. Mannion*
　　　　　　　　　　　　　　　**MALACHY E. MANNION**
　　　　　　　　　　　　　　　**United States District Judge**

**Dated:   July 14, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2263-01-ORDER.wpd

1